PD-0632-15

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 21 2015

CHRISTOPHER A. PRINE
CLERK

NO. 01-14-00172-CR

| | | |
|---|---|---|
| PRAXEDIS VILLANUEVA | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes Praxedis Villanueva, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1. On May 5, 2015 the Court of Appeals affirmed appellant's conviction. Praxedis Villanueva v. State, 01-13-01058-CR. This petition is therefore due on June 5, 2015.

2. Petitioner has been unable to complete the petition for the following reasons: Due to receiving notice of the Opinion from the First Court of Appeals on May _5th_ 2015.

3. Petitioner is currently incarcerated.

4. No previous Extension have been requested.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until July 5, 2015, to file a petition for discretionary review.

Respectfully submitted,

Praxedis Villanueva #01947156
Garza East Unit
4304 TX-202
Beeville, TX 78102

By: *[signature]*
Praxedis Villanueva, Petitioner

## CERTIFICATE OF SERVICE

This is to certify that on May 14th 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, Angleton, Texas by mail.

*[signature]*
Praxedis Villanueva